# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LISA LAMB, ) <br> ) <br> Defendant. ) | Case No. 08-CR-30217-02-MJR |

## ORDER MODIFYING CONDITIONS OF RELEASE

**REAGAN, District Judge:**

On October 22, 2008, Lamb was indicted for obstruction of justice (Doc. 12). On November 14, 2008, the Court entered an Order Setting Conditions of Release as to Lamb (Doc. 24). The conditions of release were modified on May 1, 2009 in order to restrict Lamb's travel "to St. Clair County, Illinois, other than for the defendant to visit with her attorney or to go to her place of employment in St. Louis, Missouri, and to go to Washington County, Illinois, from St. Clair County, Illinois, for the only purpose of going to her place of employment in Nashville, Illinois" (Doc. 63).

Lamb now seeks further amendment of her conditions of release (Doc. 77). Lamb's attorney represents in the motion that the Government and Lamb's pre-trial release officer both consent to her request.

Having fully considered Lamb's filing, the Court hereby **GRANTS** the motion (Doc. 77) and **MODIFIES** the conditions of Lamb's pre-trial release as follows. In addition to the limitations on her travel as provided in the November 14, 2008 Order (Doc. 24) and as amended by the May 1, 2009 Order (Doc. 63), Lamb is permitted to travel to Madison County, Illinois for the limited purpose of her employment. Additionally, Lamb is permitted to travel to the State of

Arkansas for a single period of four days for the limited purpose of visiting her father who recently had a stroke. However, the specific dates of Lamb's travel to Arkansas must be determined by her pre-trial release officer.

**IT IS SO ORDERED.**

**DATED this 15th day of July 2009.**

<u>**s/ Michael J. Reagan**</u>
**MICHAEL J. REAGAN**
**United States District Judge**