IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

United States of America,

    Plaintiff,

v.

Scott Lee Johnson and
Lisa Lamb,

    Defendants.

Case No. 08-CR-30217-MJR

## ORDER

**REAGAN, District Judge:**

    For the reasons stated at the hearing in open court today on the pending motions involving Lisa Lamb, the Court DENIES her Motion to Reconsider (Doc. 139) and her Motion for Judgment of Acquittal at the close of the Government's case and the whole case (Doc. 140). The Court also DENIES Lamb's Motion for Release from Custody (Doc. 134) but GRANTS the United States' oral motion to revoke Lamb's bond. Finally, the Court GRANTS Lamb's Motion for additional time to move for a new trial (Doc. 138). If Lamb desires to move for a new trial, she must move no later than 5:00 PM on October 23, 2009. The United States shall respond to Lamb's motion, if filed, no later than 5:00 PM on November 6, 2009.

    IT IS SO ORDERED.

    DATED this 16th day of October, 2009.

    s/ Michael J. Reagan
    Michael J. Reagan
    United States District Judge